IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

Jimmy Frank Cameron

Inmate Identification Number: 105591

RECEIVED
2007 JAN 10  A 10:01
DEBRA P. HACK...
U.S. DISTRICT
MIDDLE DISTRI...

**NOTICE TO FILING PARTY**

*It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.*

(Enter above the full name(s) of the plaintiff(s) in this action)

vs.

State of Alabama
MEGANS LAW
Attorney General of Alabama

2:07cv35-WHA

(Enter above full name(s) of the defendant(s) in this action)

I.   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   Yes ( )         No (✓)

   B.   If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1.   Parties to this previous lawsuit:

         Plaintiff(s): _____

         Defendant(s): _____

         _____

SCANNED

PH

2. Court (if Federal Court, name the district; if State Court, name the county)

_____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement ___Bullock Correctional Center___

A. Is there a prisoner grievance procedure in this institution?
Yes ( )    No ( ✓ )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )    No ( )

C. If your answer is YES:

1. What steps did you take? _____

_____

2. What was the result? _____

_____

D. If your answer is NO, explain why not? ___NO Grievance Procedure concerning this violation___

_____

_____

2

III. Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) Jimmy Frank Cameron 105591

P.O. Box 5107 3-22

Address P.O Box 5107 3-22

Union Springs Ala 36089

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Troy King

is employed as Attorney General of Alabama

at The State of Alabama

C. Additional Defendants Department of Corrections

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

The State of Alabama is in Direct Violation of The 8 and 5 Amendments. By punishing Plantiff More Than once for 1 crime That happen 30 years ago By Branding Plantiff as a sex offender and

3

Plantiff has never had any kind of sexual contact with any minor children!! Denying Plantiff the Right to go to Work Release. To have Minium custody. Being Treated as a sex offender. When I am not in Prison for any sex Crime. Making Plantiff Register as a sex offender (and much more)

see Attached Page

## V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Order The Dept. of Correction to unclassifie Plantiff as a sex offender. Stop Treating Plantiff as a sex offender. Clear Plantiff Record as a sex offender Remove every Thing That indicates Plantiff is a sex offender. Let Plantiff go to Work Release

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1-8-07

A.I.S. 105591

Jimmy Frank Cameron

Signature(s)

4

Statement of Case

Plantiff is Punished Daily Because of Being Branded a sex offender! Plantiff is not serving Time for any sex Related crime! Plantiff was charged 30 years ago with crime against nature. In Prison. Holman Prison. 1976. Plantiff served a 10 year Sentence Because of the crime against nature charge. Now Because of The unconstitional Megan Law. Plantiff is being Punished Daily. By

1. not Being Allowed To make minium custody
2. not Allowed To go To work Release
3. Just Being Branded a sex offender
4. not Allowed To go To A Half way Houses
5. having To Register as a sex offender
6. Being Barred from Living in certain Places
7. Plantiff can not go Home. His Property is Located By a school under The Megan Law
8. Plantiff Should not Be Repeatedly Punished from a crime against nature That Plantiff never committed! and was wrongfully convicted of! There was no D.N.A then That would have cleared Plantiff. But would Today if Tested. Plantiff Says That he is not a sex offender! and should not be Labeled as one! Plantiff say That the statue is a sex offender! Does not mean That I am! .Holt v State..    — See Next Page →

The Legislature Purpose in Passing The megan LAW was not To Punish The offender in any more Than The extent of His sentence. In Plantiff case He is getting punished every Day Because of The unconstitutional MEGAN LAW. Like Holt v State Jest Because The statue is a sex offender Does not make Plantiff a sex offender! period!! Plantiff Prays This Honorable court will.