Case Number

ID     YR     NUMBER
(To be completed by Court Clerk)

# IN FORMA PAUPERIS DECLARATION

_Middel District of Alabama Northern Division_
[Insert appropriate court]

RECEIVED 2007 JAN 10 A 10:27
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

_Jimmy Frank Cameron_
(Petitioner)

vs.

_State of Alabama  MEGANS LAW_
(Respondent(s))

2:07cv35-WHA

### DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, _Jimmy Frank Cameron_, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes ____   No ✓

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

   _____

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.
   
   _1986   $108.00 weekly_

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession, or other form of self-employment?
      Yes ____    No ✓
   
   b. Rent payments, interest, or dividends?
      Yes ____    No ✓
   
   c. Pensions, annuities, or life insurance payments?
      Yes ____    No ✓
   
   d. Gifts or inheritances?
      Yes ____    No ✓
   
   e. Any other sources?
      Yes ____    No ✓

SCANNED

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

_____
_____
_____
_____

3. Do you own cash, or do you have money in a checking or savings account?

   Yes _____    No __✓__

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

   _____
   _____
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes _____    No __✓__

   If the answer is "yes", describe the property and state its approximate value.

   _____
   _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   __My self_____
   _____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on __1-8-07__
              (Date)

105591                        _Jimmy Cameron_
                              Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ __0.09__ on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said __BULLOCK COUNTY CORR FACILITY__ institution:

_____
_____

__1-5-07__                         _S. Cunningham_
  DATE                             AUTHORIZED OFFICER OF INSTITUTION

                                   BULLOCK COUNTY CORR FACILITY

Rule 32

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                BULLOCK CORRECTIONAL FACILITY


AIS #: 105591     NAME: CAMERON, JIMMY              AS OF: 01/05/2007

                  # OF        AVG DAILY        MONTHLY
        MONTH     DAYS         BALANCE         DEPOSITS
------------------------------------------------------------------

        JAN        26          $0.00           $0.00
        FEB        28          $0.00           $0.00
        MAR        31          $0.00           $0.00
        APR        30          $0.00           $0.00
        MAY        31          $0.00           $0.00
        JUN        30          $0.00           $0.00
        JUL        31          $0.00           $0.00
        AUG        31          $0.00           $0.00
        SEP        30          $0.00           $0.00
        OCT        31          $0.00           $0.00
        NOV        30          $0.08           $0.09
        DEC        31          $0.09           $0.00
        JAN         5          $0.09           $0.00
```