In The United States District
The Middle District of Alabama
Northern Division

Jimmy Frank Cameron
    Plantiff

RECEIVED
2007 JAN 17 A 9:30

V.

Case No. 207-CV-35 WHA
(WO)

State of Alabama Et. Al
    Defendants

Notice of Objection and Aggreement

Come now Plantiff in the above style cause to advise the Honorable Court. That it was never Plantiff intentions to file claims against the State of Alabama are the Dept. of Corr. in itself! But to file against the States MEGAN LAW which is unconstitutional in itself. and the Producer of the megan law is the Honorable Troy King. Plantiff say that the megan law the way it is written is a violation of Plantiff 5 and 8 Amendment. by keep on punishing Plantiff Day after Day for a crime against nature that Plantiff never committed. But was railroaded and convicted of. By the Attorney General Bill Baxley!" Plantiff is Punished Daily!" Plantiff say that inmates masterbate of female D.O.C officer every day and are given custody work release and all other privledges after one year

Clear Record. Plantiff was charged with Crime against Nature in 1976 one Time offense and Plantiff is still being Punished after 30 years The Honorable Court misconstrues His civil Action Plantiff is not filing against The State of Alabam are The Dept of Corr. But against What They Both Stand for!! and against Troy King Megan Law As it Apply To Plantiff.

Date 1-15-07

Jimmy F Cameron
Plantiff

# Certificate of Service

Come now Jimmy F Cameron and Does say That a copy of the for going was mailed to The Legal Department of The Alabama Dept of Correction By Placing a copy of The same in The Bullock free Legal mail. This Day of January 15, 2007


Alabama Department of Correction
    Legal Division
    PO Box 301501
Montgomery, Ala
            36130-1501


Date  1-15-07                    Jimmy F Cameron
                                     plaintiff