IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CASE NO.: 2:07-CV-35-WHA |
| ) | |
| STATE OF ALABAMA, et al. ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR ENLARGEMENT OF TIME**

COMES NOW the Defendant **Attorney General Troy King**, and, pursuant to Rule 6(b)(1), Fed.R.Civ.P., moves for an enlargement of time in which to file his Answer and Special Report. In support of the foregoing, Defendant shows as follows:

1. On January 10, 2007, this Honorable Court ordered the Defendant to file a Special Report to the Plaintiff's preliminary injunction request on or before February 19, 2007.

2. Undersigned counsel has not received all affidavits and relevant records from the plaintiff's institutional file relating to the Plaintiff's complaint.

3. The Defendants' Answer and Special Report cannot be prepared without these affidavits and records.

4. This enlargement is not requested for any improper purpose and should not prejudice or disadvantage the Plaintiff.

WHEREFORE, based on the foregoing, Defendants respectfully request an enlargement of time for thirty (30) additional days, to March 20, 2007, to file their Answer and Special Report.

RESPECTFULLY SUBMITTED,

TROY KING
ATTORNEY GENERAL
KIN047


s/ *Joshua S. Bearden*
Joshua S. Bearden (BEA 070)
ASSISTANT ATTORNEY GENERAL


OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL  36130
(334) 242-7443


## CERTIFICATE OF SERVICE

I hereby certify that I have, this 12th day of February, 2007, served a copy of the foregoing on the plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Jimmy Frank Cameron #105591
Bullock County Correctional Facility
104 Bullock Drive-P.O. Box 5107
Union Springs, AL  36089


/s/ *Joshua S. Bearden*
OF COUNSEL