IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF ALABAMA, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 2:07-CV-35-WHA |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by defendant King on February 12, 2007 (Court Doc .No. 7), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that defendant King be GRANTED an extension from February 20, 2007 to and including March 20, 2007 to file a special report and answer in compliance with the order entered on January 10, 2007 (Court Doc. No. 4).

Done this 13th day of February, 2007.

                                                   /s/ Terry F. Moorer
                                                  TERRY F. MOORER
                                                  UNITED STATES MAGISTRATE JUDGE