IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:07-cv-35-WHA |
| ) | WO |
| STATE OF ALABAMA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On January 11, 2007, the Magistrate Judge filed a Recommendation in this case. (Doc. #5). Plaintiff filed timely objections on January 17, 2007, which expressed agreement with the recommendation that the State of Alabama and the Alabama Department of Corrections be dismissed as defendants. (Doc. #6). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby ADOPTED, it is ORDERED that

1. This complaint is dismissed prior to service of process as to the State of Alabama and the Alabama Department of Corrections, pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B); and

2. This case be referred back to the United States Magistrate Judge for additional proceedings with respect to the claims lodged against Defendant Troy King.

Done this 26th day of February, 2007.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE