**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 14, 2007

# NOTICE OF ERROR

To:     All Counsel of Record

Case Style:   Cameron v. State of Alabama et al

Case Number:    2:07-cv-00035-WHA

Referenced Pleading:    Motion for summary judgment

Docket Entry Number:    10

**The referenced pleading was filed on \*\*\*March 14, 2007\*\*\* in this case and is hereby STRICKEN as an erroneous docket entry.**

**Parties are instructed to disregard #10 docketing entry, which has been stricken from the record as a docketing error.  This has been filed correctly as Docket Entry #11.**