IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-CV-35-WHA |
| ) | |
| TROY KING, ) | |
| ) | |
|     Defendant. ) | |

**ORDER**

Upon review of the special report filed by defendant King on March 14, 2007 (Court Doc. No. 11), and for good cause, it is

ORDERED that on or before March 29, 2007 defendant King shall file a supplement to his special report which:

1. Addresses the ripeness of the plaintiff's challenges to the Alabama Community Notification Act in light of the recent denial of his parole.

2. Advises whether defendant King is in any way responsible for the internal classification level assigned to the plaintiff by correctional officials.

Done this 14th day of March, 2007.

                                                 /s/ Terry F. Moorer
                                     TERRY F. MOORER
                                     UNITED STATES MAGISTRATE JUDGE