In The United States District Court
for The Middle District
Northern Division

Jimmy F. Cameron

2007 MAR 26 A 10:51

U

Case No 2:07-35-WHA

Tracy King. MEGAN LAW

Rebuttal of State
Special Report

Come now Jimmy F. Cameron in the above style cause. Plantiff admits That He has a Bad Past Record That happen when he was young!" MR. King is mistaken on a few of his Claims Plantiff has never been convicted of a felony D.U.I are Assault of any Kind. But and including The crime against Nature Plantiff was convicted of The other Charges. Plantiff say That His 5-th Amendment are being violated every Day!"see The ex facto Clause directs That The Government may not apply a Law Retroactively That inflict a Greater Punishment Than The Law annexed To The crime." when committed Calder v Bull 3 U.S 386 390 1 LED 648 (1998) under The Bill of Attainder Clause Legislatures are forbidden To engage in Legislative Acts! no matter what Their form. That Apply either To named Individuals or To Easily ascertainable

members of A Group in such a way as to inflict punishment on Them with out a Judicial Trial!" United states V Brown 381 US 437, 448-49, 85 Sct. 1207, 1215 (1965) Plantiff is Punished every Day and Discriminated against Because of the megan Law Plantiff Assert The Following

prohibitted from work Release

Denies Custody

was Just Donied Parole Because of The megan Law and Plantiff other civil Action Pending in This Court see Defendant Special Reports Exhibits

plantiff is not a sex offender in The Sense The megan Law. Plantiff has never has any Crime against Children as The megan Law Plainly States minor child see ex facto Clause which forbids The Application of Any new punitive measures To A Crime Already Consummated That has been Applied To Penal Statues Hendrix Al 2086 see also Maples v. McDonalds 668 so 2d 790 793 Ala civ App (1995) Reguardless of This Ruling. it Does impose Additional punishment by Denying Plantiff. Things That other inmates Receive!" Plantiff Receives The Crime against Nature while serving Time at Holman Prison: plantiff will nomit." That He made a Lot of Mistakes. P whon he was young!" Plantiff will show That the Community Notification Act will bar him from Living on Property owed by family member. because it is Located Close To A school. Plantiff Pray. This Honorable court will Pay close Attention To Troy Kings Special Report.

Certificate of Service

Come now Jimmy F Cameron and Does say That a copy of the forgoing was mailed to The Defindants. This Day of March 15-2007 By Placing a copy in The U.S Mail Postage Prepaid

Ruston Stakely Johnson e Garrett PA

184 Commerence St

P-O Box 270

Montgomery. Ala
36101-0270

3-15-07   Jimmy F Cameron
          Plantiff