In The United States District Court
for The middle District
Northern division

RECEIVED

2007 MAR 29 A 9:49

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jimmy Frank Cameron
Plantiff

V

CASE NO 2:07-CV-35 WHA

Troy King Megan Law Defendant

Rebuttal

Answer To Speciel Report
filed March 26 2007

come now Jimmy frank Cameron as order by This court on The 26 Day of March 2007. Plantiff Says as follows - Plantiff was Denied Parole Because of The civil Actions Pending in This Honorable court. The Defendant Supplemental Report was a Remake of Their original Answer." nothing Changed. This Court has Already precluded The State of Ala. and The Dept. of Corr and Sent The civil Action Back To MR King and yet MR. King Renamed Them both?" Plantiff Does Say That he is being Punished by being Labeled a sex offender!

1. By Being Denied Parole!
2. By Being Barred from work Release!
3. By not Being Elible for a Lesser custody!
4. by Being Branded a Sex offender!."
5. by not Being Allowed To go To Any half way Houses in Alabama!" His Home State.

Plantiff 8 Amendment is violated Every Day

Plantiffs Ex Post facto Clause of Article 1 & 10 of The united States Constitution is violated Daily by Repeatedly Punishing plantiff for The 30 year old crime! Plantiff has never molested any Child!" as The megan Law Defines. Plantiff says a court should not Grant a motion To Dismiss. unless it appears beyound Doubt The Plantiff can Prove no set of Facts in support of his claim which would intitle him To Relief. Conley v. Gibson 355 U.S 4145-4678 5 ct. 99 2L Ed. 2d 80 (1957) The Ex Post facto That The Law may not Apply Retroactive To a crime That inflicts a Greater Punishment Than The Law annexed To The Crime when Committed. Calder v Bull 3 US 386.390 1L ED. 648 (1998) Under The Bill of Attainder Clause LegisLastures are forbidden To engage in Legislative Acts! No matter what Their form That Apply either To named Individuals or To easily ascertainable members of A Group in such a way To inflict Punishment on Them without a Judicial Trial United States v. Brown 381 US. 437 448-49 85 5ct 1707 1715 (1965). Plantiff is Punished Daily see Aforementioned 5 violations. The Ex Facto Clause which forbids The Application of any new Punitive measures To a crime Already Consummated has been Applyed To Penals Statues Henricks Al 2086 see Also Maples v. McDonalds 668 So 2d 790 793 Ala civ App (1995) Regardless of This Ruling it Does impose Additional Punishment by Dening Plantiff Things That other inmate Receive!" freely!"

3-27-07 Jimmy E Cameron
Plantiff

# Certificate of Service

Come now Jimmy F Cameron and Does say that a copy of the forgoing was mailed to The Defendant on this 3-27-06

Attorney General of Alabama
11 South Union St
Montgomery Ala
36130-0152

3-26-07 Jimmy F Cameron
Plaintiff

Declaration under Penalty of Purjury
Pursuant To 28 U.S.C £ 1746

Come now Jimmy Frank Cameron and Does say under penalty of Perjury That All The Aformentioned is True and Correct To The Best of his knowledge and Belief

Plantiff say That he is Punished Dailey Because of being Labeled a sex offender from the megan Law and That The Defendants are Directly Responsible for him being Denied Parole on 3-6-07 and set off Two years for No Reason. Plantiff had Two Approved half way Houses Home Plans one in Bilham Ala. The Bunker The Other in Oklahoma city. Plantiff Did every Thing Required of Him To make Parole until mr kings office was notified of his Parole Date. Plantiff say That All The information here in is True and Correct To The Best of his knowledg and Belief

3-28-07 Jimmy F Cameron
plantiff

Jimmy Cameron 105581
P.O Box 5107 C1-7-A
Union Spring Ala
36089

MONTGOMERY AL 361
28 MAR 2007 PM 4 T

HAPPY BIRTHDAY .39 USA

United States District Court
P.O Box 711
Montgomery Ala
36101-0711

36101+0711