United States District Court
for the Middle District of Alabama
Northern Division

Jimmy Frank Cameron

v.

Troy King, Atty General
Megan Law

Case No. 2:07-CV-35 WH-17

Motion To Leave To Amend
To Add To Rebuttal

Come Now Jimmy F Cameron and Beg This Honorable Court To Add To his Rebuttal This Declaration of Plantiff

4-24-07

Jimmy F Cameron

Declaration ovoer Penalties of Perjury
Pursuant to U.S.C. 28 § 1746

Come Now Jimmy Frank Cameron and Does say under oath that All the Inmates that get a Disciplinary for violation of Rule 38 masterbating on a female officer. Which is mentally Raping the female Officer Does not get charged as A sex offender. AND Does still go to Work Release with A years Clear Record!! I have been Labeled a sex offender because of A 30 year old crime against nature charge at Holman Prison (1976) and these Inmates who mentally Rape these female officers All They get is a slap on the wrist. Even Though violation of Rule 38 should be Listed as A sex crime. I have and Am being Discriminated against because I have never been charged with a Rule 38 violation

Case No. 2:07-cv-35-WHA

pursuant to 28 USC § 1746 I Declare under penalty of Perjury that the foregoing is True and correct to the best of my knowledge and belief

4-23-07                    Jimmy Cameron

Certificate of Service

Come now Jimmy F Cameron and Does say that a copy of The foregoing was sent The The Attorney General of Alabama on The __24__ of __April__ 2007 by placing a copy in The US MAIL Postage prepaid

Date 4-24-07                    Jimmy F Cameron



Jimmy Cameron 105591
P.O. Box 5107 C-1-7-A
Union Spring, Ala
36089

MONTGOMERY AL 361
25 APR 2007 PM 1 L

United States District Court
P.O. Box 711
Montgomery, Ala
36101-0711

36101+0711