In The United States District Court
for The Middle District
Northern Division

Jimmy Frank Cameron
             Plantiff

v.

                              Case No. 2:07-CV-35-WHA

Attorney General
Troy King
       Defendant

Objection To Recommendation
of Magistrate Judge

Come now Jimmy F Cameron To show This Honorable Court." That Being Labeled a Sex Offender has gone beyound Speculation. as To when he was Denied Parole 3-6-07 for no other Reason. Plantiff is Serving Time on Parole Violation for A Dirty Urin (Marjuana and has complented a 15 week S.A.P (Dual Dianosis) Program and is presently taking Relaspe prevention: The only Reason Plantiff was Denied Parole was because of The civil Actions Pending before This Court. Plantiff say That Troy King office Protested Plantiff Parole - so This Court would do exactly what it has Done.. No notification Act, if Plantiff Parole was Denied. Then Plantiff Civil Action would be Dissmissed because of being Denied Parole

was passed. Plantiff show This as A Threat of injury. by causeing plantiff To stay in Prison because of a sex crime Plantiff Never committed!" Plantiff is saying That he would be Released again if not for being Labeled a sex offender and That is A Hard ship. Plantiff say That if not for The megan Law He would have been Reinslated on Parole!". Plantiff would Like To Request a extension of Time 30 Days. So he can get Documented Proof of his issues of material fact." To show This court.. Plantiff is Trying To get a Reconsideration for a Earlier Parole Date. When he finish The 30 Day Relaspe prevention Class he is Taking At This Time. Plantiff Pray for At The Least a 30 Day extension see exhibit.
Enclosed

Date 5-7-07      Jimmy F Cannon
                      Plantiff

STATE BOARD OF PARDONS AND PAROLES
MONTGOMERY, ALABAMA

ACTION BY THE BOARD

NAME CAMERON JIMMY FRANK    AIS# 105591                    DOCKET 03/2007
                                                          1/3    11/29/70?1
PAROLE IS THIS DAY ORDERED _____ BY:

MY REASONS FOR FAVORING PAROLE OF THE PRISONER ARE AS FOLLOWS:
_____ SUBJECT HAS SERVED SUFFICIENT PORTION OF SENTENCE.
_____ INVESTIGATION HAS BEEN MADE OF SUBJECT.
_____ SUBJECT'S PAROLE PROGRAM IS ACCEPTABLE.
_____ PRISON AUTHORITY REPORT IS SATISFACTORY.
_____ UPON ACCEPTANCE BY (STATE OF)
_____ I AM OF THE OPINION THAT THERE IS A REASONABLE PROBABILITY THAT
      IF THE PRISONER IS RELEASED, (HE/SHE) WILL LIVE AND REMAIN AT
      LIBERTY WITHOUT VIOLATING THE LAW, AND THAT (HIS/HER) RELEASE
      IS NOT INCOMPATIBLE WITH THE WELFARE OF SOCIETY.
_____ INTERVIEWING PAROLE OFFICER RECOMMENDS.
_____ OTHER _____

MEMBER _____ DATE _____

MY REASONS FOR FAVORING PAROLE OF THE PRISONER ARE AS FOLLOWS:
_____ SUBJECT HAS SERVED SUFFICIENT PORTION OF SENTENCE.
_____ INVESTIGATION HAS BEEN MADE OF SUBJECT.
_____ SUBJECT'S PAROLE PROGRAM IS ACCEPTABLE.
_____ PRISON AUTHORITY REPORT IS SATISFACTORY.
_____ UPON ACCEPTANCE BY (STATE OF)
_____ I AM OF THE OPINION THAT THERE IS A REASONABLE PROBABILITY THAT
      IF THE PRISONER IS RELEASED, (HE/SHE) WILL LIVE AND REMAIN AT
      LIBERTY WITHOUT VIOLATING THE LAW, AND THAT (HIS/HER) RELEASE
      IS NOT INCOMPATIBLE WITH THE WELFARE OF SOCIETY.
_____ INTERVIEWING PAROLE OFFICER RECOMMENDS.
_____ OTHER _____

MEMBER _____ DATE _____

MY REASONS FOR FAVORING PAROLE OF THE PRISONER ARE AS FOLLOWS:
_____ SUBJECT HAS SERVED SUFFICIENT PORTION OF SENTENCE.
_____ INVESTIGATION HAS BEEN MADE OF SUBJECT.
_____ SUBJECT'S PAROLE PROGRAM IS ACCEPTABLE.
_____ PRISON AUTHORITY REPORT IS SATISFACTORY.
_____ UPON ACCEPTANCE BY (STATE OF)
_____ I AM OF THE OPINION THAT THERE IS A REASONABLE PROBABILITY THAT
      IF THE PRISONER IS RELEASED, (HE/SHE) WILL LIVE AND REMAIN AT
      LIBERTY WITHOUT VIOLATING THE LAW, AND THAT (HIS/HER) RELEASE
      IS NOT INCOMPATIBLE WITH THE WELFARE OF SOCIETY.
_____ INTERVIEWING PAROLE OFFICER RECOMMENDS.
_____ OTHER _____

MEMBER _____ DATE _____

SPECIAL CONDITIONS _____
_____

CONTINUED TO _____

PAROLE IS THIS DAY DENIED 3-6-07
DATE                        MEMBER                              RE-SET
3/6/07                      [signature] Wilkins                 3/09
3-6-07                      [signature]                         3-09

Declaration under Penalties of Perjury Pursuant To 28 U.S.C 1746

Come now Jimmy F Cameron and Does say That The Aformentioned is True and correct To The Best of his knowledge and belief. and being Compent To make This Declaration under Penalty of Perjury. Pursuant To 28 USC. 1746

1. Plantiff Parole was Denied
2. Plantiff is being Revolked for a Dirty URINE
3. Plantiff Took a 15 week S.A.P program.
4. Plantiff was Denied Parole because of The megan Law and filing This civil Action
5. Plantiff say That in it self is A genuine Issue

Pursuant To 28 U.S.C. § 1746 I Declare under Penalty of Perjury That The foregoing is True and correct To The Best of his knowledge and belief

executed This 7 Day of May 2007

Jimmy F Cameron

## Motion for Extension of time

Come now Plantiff and Does Ask this court for A 30 Day extension so That he can Try To get Documents. That will Prove His case. That He is and has been Punished for A 30 year old Crime against nature (Sodomy) which he was and is innonce of! Plantif Prey that this Honorable court will Grant him a 30 Day Extinsion of Time. because of The Aformentioned Reasons. Plantiff futher PRAYs

105591

Jimmy Cannon

Dok 5-7-07

Certificate of Service

Come Now Jimmy F Camerer and Does say That a copy of The forgoing was served on The Attorney General This 1 Day of May 2007 by placing a copy in The free Legal mail Box here At Bullock correctional facility

105541                     Jimmy F Camero

Jimmy Cameron 105574
PO Box 5107 G1-7A
Union Springs, Ala
36089

LEGAL MAIL

United States District Court
PO Box 711
Montgomery, Ala
36101-0711