IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TROY KING, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 2:07-CV-35-WHA |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on May 16, 2007 (Court Doc. No. 24 at 5), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent allowed by this order. It is further

ORDERED that the plaintiff be GRANTED an extension to and including May 31, 2007 to file a supplement to his objection. The plaintiff is advised that the recent denial of parole referenced in his objection is not an issue pending before this court and any information relevant to such adverse decision will have no impact on the Recommendation entered in this case. The plaintiff is further advised that if he seeks to challenge the denial of parole as violative of his constitutional rights he may do so by filing a 28 U.S.C. § 2241 petition for habeas corpus relief in this court.

Done this 16th day of May, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE