In The United States District Court
for The middle District of Alabama
Northern Division

Jimmy Frank Cameron
  Plantiff

V.

Troy King
Megan Law
  Respondent

CASE NO. 2:07-CV-35-WHA

## Objection To Magistrates Recommendations

Come Now Jimmy Frank Cameron in The above style cause and Does say That That He is Still being Punished Every Day Because of The Megan Law! Plantiff says That No summary Judgement should be Granted To The Defendants! A court should Not Grant A Motion To Dismiss unless it appears beyond Doupth The Plantiff can prove No set of facts in support of his claim which would Intitle him To Relief Conley V Estelle Gibson 355 U.S. 41-45-46 78 S ct 99 2 Led 2d 80 1937 Rommel V Estelle 445 US 263 265 100 S ct 1133 63 L 382 (1980) Like Plantiff was not Guilty of said charge of crime against Nature if Plantiff would have Testfied in his own Defence, He would have been found not Guilty To The said Charge of Crime Against Nature. A Petitioner must show That the Results of the Proceeding would have been different are That a Reasonable Probaility The Results would have been different. Henderson V Haley 353 F 3d at 892 Plantiff shows That He suffered The Hardship of Staying in Prison because of Being Labeled a sex offender. Plantiff Shows That it would Be A miscarriage of Justice To Dismiss his civil Action see, Plantiff Does say That if He would have Testfied in his own Defence. He would not be labeled A sex offender! At All! Plantiff say That it would be a misscarrige of Justice if A Petitioner shows That it more Likely Than Not That no Reasonable Juror would have convicted him of The underlying offense Schulp V Delo 513 US 298 327 115 S ct 851 130 Led 808(1995) Plantiff was Tricked Into Not Testfying in his own Behalf. Plantiff will Show by The community Notification Act it say it should examine whenther The Elements of The Crime listed in section 15-20-21 5-A.K which it does. But Just because The Statue say I am a sex offender. Does not make me a sex offender! See Holt V. State. This court say That I face No Hardship

from This court. Review of this challenge now because of the Denying of Review Plantiff is not going any where his parole was Denied because of being Labeled a sex offender There isn't to much more of a That Plantiff could be put Through." Other than keeping him in Prison by Denying his parole excluding all the other ways Plantiff is punished from the MEGAN LAW Daily. The MEGAN LAW in it self is unconstitutional by Labeling some one with a 25 year old sex crime as a sex offender. Plantiff can see Labeling a child molester are a Rapist are some one who masterbats while Looking at any female. These are sex offenders! not Plantiff! are like These inmate who mentally Rape the female officer here at Bullock. by masterbaiting in front of the (Violation of Rule 38) All they get is a Slap on their wrist.

5-20-07                Jimmy F. Cameron

# Certificate of Service

Come now Jimmy F Cameron and Does say that a copy of the for going was sent to Troy King by placing a copy in the free legal mail on this 20th day of May 2007. Properly addressed.

State of Alabama
Attorney General
11 South Union St
Montgomery Ala
    36130-0152


5-20-07          Jimmy Cameron
                    Plaintiff

Jimmy Cameron 105557
PO Box 5107 C-1-7-A
Union Spring, Ala
36089

LEGAL MAIL

United States District Court
PO Box 711
Montgomery, Ala
36101-0711