In The United States District Court
for The middle District
Northern Division

Jimmy Frank Cameron
  Plantiff

V

State of Alabama Et. All,
  Defendants

Case No. 2:07-CV-35-WHA

Motion To Leave To Amend.
Rebuttal of Troy King
  Response

Come now Jimmy Frank Cameron and does ask This Court To Add. To his Response To Troy King. Answer. Plantiff has come into Proof That he is still being Punished from A 30 year old sex Crime. In Prison That he did not Do." But is still being Punished To This Day. See Exhibit G inclosed

6-4-07

Jimmy F Cameron
  Plantiff

*Exhibit G*



**STATE OF ALABAMA**

Bob Riley
GOVERNOR

DEPARTMENT OF CORRECTIONS
MONTGOMERY, ALABAMA 36130
BULLOCK CO. CORRECTIONAL FACILITY
HWY.82 EAST, P. O. BOX 5107
UNION SPRINGS, ALABAMA 36089

Richard F. Allen
COMMISSIONER

Date:   6/1/2007

From:  <u>Heath Gandy - Classification Specialist</u>

To:    <u>Jimmy Cameron           105591S           W/M</u>
       Inmate's Name           AIS Number        R/S

Re:    REVIEW FOR SAP GRADUATION

    This Review is being done for you due to your graduation from the Bullock Relapse Program. You have done a good job by completing the Relapse Program and I hope that you take the lessons you learned to heart. However, at this time, I am not putting you in for any classification changes. For the present time, you will remain in "<u>**Medium**</u>" custody here at Bullock.

    The reasons for my decision are as follows:

    Your sex offenders status bars lesser restriction and Central Records is not accepting lateral transfers at this time.

    Your next scheduled review is 09/2007.

Copy to:  Inmate
          Institutional File

# Certificate of Service

Come Now Jimmy F Cameron and Does say that a copy of The foregoing was mail to Troy King This 4 Day of June 2007 Postage Pre paid

Troy King
Atty General of Alabama
11 So. Union St
Montgomery Ala
        36130  0152


6-4-07           Jimmy F Cameron
                    plaintiff

Jimmy Cameron 105524
PO Box 5107 C-1-7-A
Union Spring Ala
36089

36101+0711

LEGAL MAIL

MONTGOMERY AL 361
05 JUN 2007 PM 1 T

United States District Court
PO Box 711
Montgomery Ala
36101-0711