IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-CV-35-WHA |
| ) | |
| TROY KING, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to amend rebuttal to defendant's special report filed by the plaintiff on June 6, 2007 (Court Doc. No. 29), and as the evidence the plaintiff seeks to submit in no way affects the judgment entered in this case, it is

ORDERED that this motion be and is hereby DENIED.[1]

Done this 7th day of June, 2007.

　　　　　　　　　　　　　　　　　　　/s/ Terry F. Moorer
　　　　　　　　　　　　　　　　　　TERRY F. MOORER
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] The supplemental evidence the plaintiff seeks to file relates to his current custody classification level. As determined by this court, defendant King is not responsible for the plaintiff's inmate classification level. Thus, this evidence is irrelevant in this case.